NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BRENDA ELLIOTT, DOC #152208,           )
                                       )
            Appellant,                 )
                                       )
v.                                     )       Case No.  2D18-4359
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed September 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.




PER CURIAM.

            Affirmed.




SILBERMAN, LUCAS, and ATKINSON, JJ., Concur.